In the Matter of William H. White, an Attorney.— Matter referred to Hon. William D. Dickey, official referee, for hearing, and report with his opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Jennie Jacoby, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company and The City of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs.— Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Lorena Ridgely Jones, Appellant, v. Carolyn A. Dow, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Emil Leske, Appellant, v. Lawrence B. Wolf, as Trustee, Defendant, Impleaded with Pfautz & Miller Realty Company and Others, Appellants and Respondents, and John J. Sammon and Another, Respondents.— Motion to resettle order denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Aaron Lubash, Respondent, v. Charles A. Sigmond, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Aaron Lubash, Respondent, v. Charles A. Sigmond Realty Company, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Manor Realty Company, Appellant, v. George W. Egbert, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Henry L. Preston, Respondent, v. Andrew Cuneo and Others, Defendants. Jacob Tuck, an Attorney, Respondent, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Angelo Di Barri, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. John Kirk, Appellant. (Case No. 1.) — Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. John Kirk, Appellant. (Case No. 2.) — Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Max Naimark, Appellant.— Motion for resettlement denied. The decision in this case was made in the exercise of the discretionary power conferred upon the court by section 527 of the Code of Criminal Procedure, which provides that a new trial may be granted when deemed to be required in the interests of justice. Hirschberg, Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., not voting.

The People of the State of New York, Respondent, v. Alexander Torney, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.